UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| GEORGE E. SABB,<br><br>         Plaintiff,<br>   v.<br><br>PATRICK G. MCGINNITY, KAZIMIERA J. BAJEK, ROBERT SWIERSZCZ, STEPHANIE C. JONES, and GAINEY TRANSPORTATION SERVICES,<br><br>         Defendants. | Civil Action No. 09-2739 (KSH)<br><br>**ORDER** |

**KATHARINE S. HAYDEN, U.S.D.J.**

   This matter having come before the Court by way of a motion for summary judgment by defendants Stephanie C. Jones and Gainey Transportation Services [D.E. 29]; and the Court having considered the parties' arguments and written submissions, for the reasons stated in the Court's Opinion filed herewith,

   **IT IS** on this 31st day of March, 2011,

   **ORDERED** that defendants Jones and Gainey's motion for summary judgment [D.E. 29] is **denied.**

                                                               /s/ Katharine S. Hayden
                                                               Katharine S. Hayden, U.S.D.J.

1